# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 6:07-CR-21-ORL-19KRS

DARWIN R. CARPENTER, JR.

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 19, filed March 9, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 19) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Darwin R. Carpenter, Jr. has entered a plea of guilty to Count One and Two of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One and Two of the Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 8, filed February 27, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of March, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy